IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

JOSE ANTONIO SANTIAGO-ALICEA

Petitioner

v.

UNITED STATES OF AMERICA

Respondent

CIVIL NO. 97-1879(SEC)
Re: Criminal No. 95-428(SEC)

Section 2255

## ORDER TO SHOW CAUSE

Attorneys Gustavo A. Gelpí, Jr., and Miguel A.A. Nogueras-Castro, both former Assistant Federal Public Defenders, were notified with copies of the Court's July 12, 2000 Order requiring that they each file affidavits or unsworn declarations under penalty of perjury concerning their communications with the petitioner regarding his right to appeal within 30 days from the date of said Order. (Docket No. 19). In addition, in view of the fact that both attorneys intervened as counsel for the petitioner in their capacity as Assistant Federal Public Defenders, the Federal Public Defender Joseph C. Laws, Jr., was required to provide assistance to the Court in securing compliance with the Order. The required affidavits or declarations were due on August 14, 2000.

The record reflects that counsel have not complied with the Order nor shown cause therefor; no requests for extension have been filed.

WHEREFORE, for the reasons stated herein, counsel are allowed 30 days from the date of this Order to comply with the Order or otherwise appear before the Court. Specifically, Mr. Laws is required within 10 days from the date of this Order to notify the Court in writing as to the current addresses, telephone and fascimile numbers of his former assistants, Mssres. Gelpí, Jr., and Nogueras-Castro. Mr. Laws' assistance is further required in communicating with the latter concerning the matter on hand and, to the extent possible, to coordinate their compliance with the Court's Order.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 15 day of September, 2000.

SALVADOR E. CASELLAS
U.S. DISTRICT JUDGE

AO 72A
(Rev.8/82)