IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

JOSE ANTONIO SANTIAGO-ALICEA

Petitioner

v.

UNITED STATES OF AMERICA

Respondent

CIVIL NO. 97-1879(SEC)
Re: Criminal No. 95-428(SEC)

Section 2255

## ORDER

| MOTION | RULING |
|---|---|
| Docket No. 21<br><br>Appearance | DENIED. The Court will not approve the appearance of the Federal Public Defender's Office on petitioner's behalf in order to avoid a possible conflict of interest; petitioner's allegations of ineffective assistance refer to former Assistant Federal Public Defenders. The Court further notes that, in a civil case counsel is required only in "exceptional circumstances " where absence of counsel is "likely to result in fundamental unfairness impinging on ... due process rights." Des Rosiers v. Moran, 949 F.2d 15, 23 (1st Cir. 1991). The Court is vigilant of petitioner's due process rights and will immediately appoint counsel if necessary, that is, if particularly complex questions of law or fact are encountered, or if a hearing is scheduled. |
| Docket No. 22<br><br>Motion in Compliance with Order to Show Cause, by the Federal Public Defender | The Court notes the Federal Public Defender's statement that he did not receive the Court's Order of July 12, 2000 (Docket No. 19). Upon inquiry as to notification, the Clerk's Office Civil Notice Log Report for July 13, 2000, copy of which is attached to this Order, was generated, reflecting that notification was made upon AUSA Maldonado, petitioner and the Federal Public Defender. This is not to say that Mr. Laws' statements, as an officer of the Court, that he never received same do not warrant the Court's full credence. On the contrary, pursuant to his request, the Court finds that neither Mr. Laws nor the other attorneys mentioned in the July 13 Order willingly failed to comply with same. |

Civil No. 97-1879(SEC)                                          Page -2-
Re: Crim. No. 95-428(SEC)

| MOTION | RULING |
|---|---|
| Docket No. 23<br><br>Declaration Under Penalty of Perjury by Gustavo A. Gelpí, Jr. | Noted. The record should reflect that Mr. Gelpí's representation of the petitioner was limited to the Change of Plea Hearing and that his Declaration concerning same does not reflect that he ever discussed the matter of an appeal with the petitioner. |

The Clerk shall hereon notify attorneys Gustavo Gelpí, Jr., and Miguel A.A. Nogueras-Castro of all proceedings in this case to the addresses listed in the "Motion in Compliance..." (Docket No. 22).

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 29TH day of September, 2000.

/SALVADOR E. CASELLAS
U.S. District Judge

s/c: Gelpí
     Nogueras
     10/4/00



Exhibit 1



UNITED STATES DISTRICT COURT - DISTRICT OF PUERTO RICO
CIVIL NOTICE LOG REPORT
FINAL FULL REPORT FOR 07/13/00

|  | INST# | PAGES | DATE DOCKETED | BY | RECIPIENT | DESTINATION |
|---|---|---|---|---|---|---|
| 3:97-cr-00284 | 837 | 1 | 07/13/00 16:25 | ct | Javier Morales-Ramos, aty | Fax: 793-4320 |
| 3:97-cr-00284 | 837 | 1 | 07/13/00 16:25 | ct | Jayne Weintraub, aty | Fax: 305-358-5917 |
| 3:97-cr-00284 | 837 | 1 | 07/13/00 16:25 | ct | Jorge Diaz-Reveron, aty | Fax: 751-3286 |
| 3:97-cr-00284 | 837 | 1 | 07/13/00 16:25 | ct | Joseph Laws, Federal Public D | Fax: 281-4899 |
| 3:97-cr-00284 | 837 | 1 | 07/13/00 16:25 | ct | Juan Acevedo-Cruz, aty | Fax: 751-2795 |
| 3:97-cr-00284 | 837 | 1 | 07/13/00 16:25 | ct | Luis Medina-Torres, aty | PFF: hpnotice2-30 Fax: 756-7087 |
| 3:97-cr-00284 | 837 | 1 | 07/13/00 16:25 | ct | Luz Rios-Rosario, aty | PFF: hpnotice2-30 Fax: 767-4256 |
| 3:97-cr-00284 | 837 | 1 | 07/13/00 16:25 | ct | Manuel San-Juan-DeMartino, at | Fax: 725-2932 |
| 3:97-cr-00284 | 837 | 1 | 07/13/00 16:25 | ct | Rafael Anglada-Lopez, aty | PFF: hpnotice2-30 Fax: 765-8679 |
| 3:97-cr-00284 | 837 | 1 | 07/13/00 16:25 | ct | Richard Dansoh, aty | Fax: 305-573-7680 |
| 3:97-cr-00284 | 837 | 1 | 07/13/00 16:25 | ct | Robert Norgard, aty | Prt: hpnotice2-29 |
| 3:97-cr-00284 | 837 | 1 | 07/13/00 16:25 | ct | Stephen Muldrow, U.S. Attorne | Fax: 766-5326 |
| 3:97-cr-00284 | 837 | 1 | 07/13/00 16:25 | ct | Steve Potolsky, aty | Fax: 305-358-5917 |
| 3:97-cr-00284 | 837 | 1 | 07/13/00 16:25 | ct | Thomas Lincoln-San-Juan, aty | Fax: 293-2062 |
| 3:97-cr-00284 | 837 | 1 | 07/13/00 16:25 | ct | William Matthewman, aty | Fax: 561-416-0171 |
| 3:97-cr-00290 | 415 | 1 | 07/13/00 14:18 | re | Juan Alvarez-Cobian, aty | Fax: 765-8781 |
| 3:97-cr-00290 | 415 | 1 | 07/13/00 14:18 | re | Miguel Pereira, U.S. Attorney | Fax: 766-5326 |
| 3:97-cr-00290 | 415 | 1 | 07/13/00 14:18 | re | Warren Vazquez, U.S. Attorney | Fax: 766-5326 |
| 3:97-cv-01264 | 115 | 4 | 07/13/00 13:03 | ov | Irma Valldejuli-Perez, aty | Prt: hpnotice-298 |
| 3:97-cv-01264 | 115 | 4 | 07/13/00 13:03 | ov | Luis Del-Valle-Emmanuelli, Ga | Prt: hpnotice-298 |
| 3:97-cv-01264 | 115 | 4 | 07/13/00 13:03 | ov | Maria Surillo, Commonwealth D | PFF: hpnotice-299 Fax: 723-9188 |
| 3:97-cv-01264 | 115 | 4 | 07/13/00 13:03 | ov | Mariangela Tirado-Vales, aty | Prt: hpnotice-298 |
| 3:97-cv-01264 | 115 | 4 | 07/13/00 13:03 | ov | Pedro Soto-Rios, aty | Fax: 751-6480 |
| 3:97-cv-01264 | 115 | 4 | 07/13/00 13:03 | ov | Roberto Marquez-Sanchez, Law | Fax: 724-5970 |
| 3:97-cv-01577 | 57 | 1 | 07/13/00 10:48 | re | Carlos Ramirez-De-Arellano, a | Fax: 758-9939 |
| 3:97-cv-01577 | 57 | 1 | 07/13/00 10:48 | re | Elba Baez-Rivera, Pinto-Lugo | Prt: hpnotice2-29 |
| 3:97-cv-01577 | 57 | 1 | 07/13/00 10:48 | re | Juan Saavedra-Castro, aty | Fax: 722-7748 |
| 3:97-cv-01577 | 57 | 1 | 07/13/00 10:48 | re | Juan Soto-Balbas, Mercado & S | Fax: 724-6050 |
| 3:97-cv-01577 | 57 | 1 | 07/13/00 10:48 | re | Ubaldo Lugo-Cruz, aty | Prt: hpnotice2-29 |
| 3:97-cv-01837 | 94 | 1 | 07/13/00 12:00 | ct | Adrian Mercado, Mercado & Sot | Fax: 724-6050 |
| 3:97-cv-01837 | 94 | 1 | 07/13/00 12:00 | ct | Juan Saavedra-Castro, aty | Fax: 722-7748 |
| 3:97-cv-01837 | 94 | 1 | 07/13/00 12:00 | ct | Luis Correa-Marquez, aty | Prt: hpnotice2-29 |
| 3:97-cv-01837 | 94 | 1 | 07/13/00 12:00 | ct | PR Ports Authority, pty | Prt: hpnotice2-29 |
| 3:97-cv-01837 | 94 | 1 | 07/13/00 12:00 | ct | Rafael Gonzalez-Velez, aty | Prt: hpnotice2-29 |
| 3:97-cv-01837 | 94 | 1 | 07/13/00 12:00 | ct | Ralph Vallone-Jr., aty | Fax: 723-9251 |
| 3:97-cv-01837 | 94 | 1 | 07/13/00 12:00 | ct | US Trustee's Office, pty | Prt: hpnotice2-29 |
| 3:97-cv-01879 | 19 | 7 | 07/13/00 09:35 | ov | Aixa Maldonado-Quinones, U.S. | Fax: 766-5326 |
| 3:97-cv-01879 | 19 | 7 | 07/13/00 09:35 | ov | Jose Santiago, pty | Prt: hpnotice-298 |
| 3:97-cv-01879 | 19 | 7 | 07/13/00 09:35 | ov | Joseph Laws, Federal Public D | Fax: 281-4899 |
| 3:97-cv-02432 | 51 | 1 | 07/13/00 12:14 | ct | Jose Cintron-Rodriguez, Depar | PFF: hpnotice2-29 Fax: 723-9188 |
| 3:97-cv-02432 | 51 | 1 | 07/13/00 12:14 | ct | Robert Millan, aty | Fax: 282-8692 |
| 3:97-cv-02432 | 51 | 1 | 07/13/00 12:14 | ct | Roberto Lefranc-Romero, aty | Fax: 721-7866 |