IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

JOSE ANTONIO SANTIAGO-ALICEA

Petitioner

v.

UNITED STATES OF AMERICA

Respondent

CIVIL NO. 97-1879(SEC)
Re: Criminal No. 95-428(SEC)

Section 2255

## JUDGMENT

For the reasons fully set forth in the Court's Order of July 13, 2000 (Docket No. 19), and in the Court's Order of even date (Docket No. 26), it is hereby

ORDERED AND ADJUDGED that this case be DISMISSED.

In San Juan, Puerto Rico, on this 2ᴰ day of November, 2000.

SALVADOR E. CASELLAS
U.S. DISTRICT JUDGE

AO 72A
(Rev.8/82)